tioner.. *Solicitor General Mitchell* and *Assistant Attorney General Letts* for the United States.

---

No. 869. DUNKLEY COMPANY *v.* CENTRAL CALIFORNIA CANNERIES ET AL. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Fred L. Chappell* and *William S. Hodges* for petitioner. *Messrs. Kemper Campbell* and *Fred K. S. Lyon* for respondents.

---

No. 880. FEDERAL RESERVE BANK OF SAN FRANCISCO *v.* IDAHO GRIMM ALFALFA SEED GROWERS' ASSOCIATION. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Newton D. Baker* for petitioner. *Mr. Solon B. Clark* for respondent.

---

No. 881. RILEY FRY AND ERNEST BROWN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dore* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

---

No. 882. ERNEST BROWN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dore* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

---

No. 889. SCOTT DILLINGHAM *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.